UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASBIR LALLY,<br><br>    Plaintiff,<br><br>    v.<br><br>RABOBANK, N.A., DOES 1-10,<br><br>    Defendants.<br><br>AND RELATED COUNTER-CLAIM. | Case No. 2:13-cv-00130-JAM-CKD<br><br>**TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |

     The ex parte application of Counterclaimant Rabobank, N.A. ("Rabobank") for an order to show cause re preliminary injunction and temporary restraining order was submitted on February 12, 2013.  The Court has considered the written arguments of Rabobank's counsel as well as the pleadings, declarations, exhibits and other documentary evidence presented in Rabobank's submissions.  The Application for a Temporary Restraining Order was unopposed.

     Good cause appearing therefore,

     IT IS ORDERED THAT pending the hearing and determination of the order to show cause, Counterdefendant Jasbir Lally and her

1

agents, representatives and all persons acting in concert or participating with her are restraining and enjoined from engaging in or performing directly or indirectly any and all of the following acts:

**TEMPORARY RESTRAINING ORDER**

1. Utilizing, disseminating, using, copying, transmitting or publishing any of the data, information, records, files or emails which contain. are sourced from or otherwise reference or exploit information concerning Rabobank's Confidential Information including, but not limited to, the emails that Counterdefendant emailed to her personal email from November 2010 through the present;

2. That Counterdefendant be further required to account for and turn over all such Rabobank information, data, documents or files including any and all emails, business plans, methodologies, communications or other data which contains and/or is sourced from Rabobank's confidential, proprietary or trade secret information described above;

3. Providing disseminating, distributing or transferring Rabobank's confidential, trade secret and/or proprietary information to any third party; and

4. Destroying, concealing from or otherwise taking actions to delete or destroy the Rabobank information that Counterdefendant wrongfully and without authorization took from Rabobank.

**ORDER TO SHOW CAUSE**

IT IS FURTHER ORDRED THAT:

1. Counterdefendant Jasbir Lally shall appear either

personally or by counsel in Courtroom 6 of this Court located at 501 I Street, Sacramento, California on March 4, 2013 at 10:00 a.m. or as soon thereafter as the matter may be heard then and there to show cause, if any, she has why she and her agents, representatives and all persons acting in concert or participating with her should not be enjoined and restrained during the pendency of this action from engaging in, committing or performing directly or indirectly any of the following acts:

   1. Utilizing, disseminating, using, copying, transmitting or publishing any of the data, information, records, files or emails which contain, are sourced from or otherwise reference or exploit information concerning Rabobank's confidential business information including, but not limited to, the emails that Counterdefendant emailed to her personal email account from November 2012 through the present;

   2. That Counterdefendant be further required to account for and turn over all such Rabobank information, data, documents or files including any and all emails, business plans, methodologies, communications or other data which contains and/or is sourced from Rabobank's confidential, proprietary or trade secret information described above;

   3. Providing disseminating, distributing or transferring Rabobank's confidential, trade secret and/or proprietary information to any third party; and

   4. Destroying, concealing from or otherwise taking actions to delete or destroy the Rabobank information that Counterdefendant wrongfully and without authorization took from Rabobank.

1       IT IS FURTHER ORDERED THAT:

2       1.  This order to show cause and temporary restraining order and all of Counterclaimant's ex parte papers including memorandum of points and authorities and declarations shall be served on Counterdefendant Jasbir Lally or her counsel no later than February 20, 2013 by overnight mail/e-service.  Proof of such service shall be filed with the Court at least 10 court days prior to the hearing;

        2.  Any opposition to the order to show cause shall be filed and served on Counterclaimant by e-service no later than February 25, 2013 at noon;

        3.  Any reply papers to the opposition shall be filed and served on Counterdefendant by e-service no later than March 1, 2013 at noon;

        4.  In order to maintain this temporary restraining order in effect, Rabobank shall post a corporate security bond or cashier's check in the amount of Five Thousand dollars ($5,000.00) as security which the court deems proper for the payment of such cost and damages as may be suffered by any party which is found to be wrongfully restrained.  Such bond shall be posted by 4:00 p.m. on February 22, 2013.

        IT IS SO ORDERED.

Dated:    February 19, 2013

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

4