Charles L. Post, State Bar No. 160443
James Kachmar, State Bar No. 216781
weintraub tobin chediak coleman grodin
law corporation
400 Capitol Mall, 11th Floor
Sacramento, California 95814
Telephone: 916/558.6000
Facsimile:  916/446.1611

Attorneys for Defendant
RABOBANK, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JASBIR LALLY, | Case No. 2:13-cv-00130-JAM-CKD |
|---|---|
| Plaintiff, | ORDER GRANTING PRELIMINARY INJUNCTION |
| v. | |
| RABOBANK, N.A., DOES 1-10, | Date: March 4, 2013<br>Time: 9:45 a.m.<br>Courtroom: 6, 14th Floor |
| Defendants. | |
| AND RELATED COUNTERCLAIM. | Judge: Hon. John A. Mendez |
| | Complaint Filed: January 22, 2013 |

Counterclaimant Rabobank, N.A.'s ("Rabobank") motion for preliminary injunction came to be heard on March 4, 2013. The Court has considered the written and oral arguments of counsel as well as the pleadings, declarations, exhibits and other documentary evidence presented in the parties' submissions at or prior to the hearing.

Good cause appearing therefore,

IT IS ORDERED THAT Counterdefendant Jasbir Lally and her agents, representatives and all persons acting in concert or participating with her are restraining and enjoined from engaging in or performing directly or indirectly any and all of the following acts:

1. Utilizing, disseminating, using, copying, transmitting or publishing any of the data, information, records, files or emails which contain, are sourced from or otherwise reference or exploit information concerning Rabobank's confidential business information including, but not limited to, the emails that Counterdefendant emailed to her personal email account from November 2012 through the present; and

2. Providing disseminating, distributing or transferring Rabobank's confidential, trade secret and/or proprietary information to any third party.

IT IS FURTHER ORDERED THAT in order to maintain this preliminary injunction order in effect, Rabobank continue to maintain the corporate security bond or cashier's check in the amount of Five Thousand Dollars ($5,000.00), which was lodged with the Court on February 21, 2013 as security which the court deems proper for the payment of such cost and damages as may be suffered by any party which is found to be wrongfully restrained.

IT IS SO ORDERED.

Dated: 3/11/2013                    /s/ John A. Mendez_____
                                    HON. JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE