UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASBIR LALLY, | No. 2:13-cv-0130 JAM CKD |
| Plaintiff, | |
| v. | ORDER |
| RABOBANK, N.A., | |
| Defendant. | |

Pending before the court is defendant's motion to compel plaintiff to submit to an independent medical examination. No opposition has been filed. After review of the documents in support of the motion and the pleadings in this matter and good cause appearing, THE COURT FINDS AND ORDERS AS FOLLOWS:

The court finds that in the circumstances of this case, an independent medical examination pursuant to Federal Rule of Civil Procedure 35 is warranted. Accordingly, plaintiff shall appear for an independent medical examination, comprised of an eight-hour period of testing that will include both verbal interviewing and written examinations, to be conducted by Dr. Herbert Weissman, Ph.D., in Sacramento, on one of the following dates:

    Wednesday, July 9, 2014

    Thursday, July 10, 2014

/////

1

1       Tuesday, July 22, 2014, or

2       Wednesday, July 23, 2014.

3 Dated: June 17, 2014

                                    _/s/ Carolyn K. Delaney_____

                                    CAROLYN K. DELANEY

                                    UNITED STATES MAGISTRATE JUDGE

4 lally.ime.oah

2