Charles L. Post, State Bar No. 160443
Meagan D. Bainbridge, State Bar No. 240679
**weintraub tobin** chediak coleman grodin
law corporation
400 Capitol Mall, 11th Floor
Sacramento, California 95814
Telephone:   916/558.6000
Facsimile:   916/446.1611

Attorneys for Defendant
RABOBANK, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASBIR LALLY,<br><br>  Plaintiff,<br><br>  v.<br><br>RABOBANK, N.A., DOES 1-10,<br><br>  Defendants.<br><br>AND RELATED COUNTER-CLAIM | Case No. 2:13-cv-00130-JAM-CKD<br><br>**STIPULATION FOR DISMISSAL WITH PREJDUCE AND  ORDER**<br><br>Judge:  Hon. John A. Mendez<br><br>Complaint Filed: January 22, 2013<br>Counterclaim Filed:  February 12, 2013<br><br>Trial Date: N/A |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and Local Rule 160, Plaintiff, JASBIR LALLY and Defendant, RABOBANK, N.A., stipulate herein to dismiss this action with prejudice, in its entirety, pursuant to a private Settlement Agreement.

Dated: January 14, 2015        LAW OFFICES OF ALDON BOLANOS

                              By:     /s/ - Aldon L. Bolanos                      
                                      Aldon L. Bolanos

                              Attorney for Plaintiff Jasbir Lally

Dated: January 14, 2015

**weintraub tobin** chediak coleman grodin
LAW CORPORATION

By: /s/ - Charles L. Post
Charles L. Post
Meagan D. Bainbridge

Attorneys for Defendant
RABOBANK, N.A.

**ORDER**

**IT IS SO ORDERED.**

Dated: January 16, 2015      /s/ John A. Mendez
Judge, United States District Court