Charles L. Post, State Bar No. 160443
Meagan D. Bainbridge, State Bar No. 240679
**weintraub tobin** chediak coleman grodin
law corporation
400 Capitol Mall, 11th Floor
Sacramento, California 95814
Telephone:    916/558.6000
Facsimile:     916/446.1611

Attorneys for Defendant
RABOBANK, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASBIR LALLY,<br><br>  Plaintiff,<br><br>  v.<br><br>RABOBANK, N.A., DOES 1-10,<br><br>  Defendants.<br><br>AND RELATED COUNTER-CLAIM | Case No. 2:13-cv-00130-JAM-CKD<br><br>**ORDER TO RELEASE SECURITY DEPOSIT POSTED BY DEFENDANT RABOBANK, N.A.**<br><br>Judge:  Hon. John A. Mendez<br><br>Complaint Filed: January 22, 2013<br>Counterclaim Filed:  February 12, 2013 |

WHEREAS, on January 22, 2013, Plaintiff Jasbir Lally filed a Complaint in the above entitled action;

WHEREAS, on February 12, 2013, Defendant Rabobank, N.A. filed a Counterclaim;

WHEREAS, on February 20, 2013, the Court issued a Temporary Restraining Order and Order to Show Cause re Preliminary Injunction;

WHEREAS, on February 21, 2013, pursuant to the Court's Order of February 20, 2013, Defendant Rabobank, N.A. posted a security deposit in the amount of $5,000

with the Court; and

WHEREAS, on January 16, 2015, a Stipulation and Order for Dismissal was filed pursuant to the terms of a Settlement Agreement reached between the parties.

**BASED ON THE FOREGOING, THE COURT HEREBY ORDERS THAT:**

Defendant Rabobank, N.A.'s security deposit in the amount of $5,000.00, posted on February 21, 2013 be released in its entirety and delivered to Defendant Rabobank, N.A, in care of its attorneys at 400 Capitol Mall, 11th Floor, Sacramento, California 95814.

IT IS SO ORDERED.

Dated: January 5, 2021                               /s/ John A. Mendez
                                                     THE HONORABLE JOHN A. MENDEZ
                                                     UNITED STATES DISTRICT COURT JUDGE